# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GONZALO URIBE,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: CV 21-4680-DMG (SHKx)<br><br>**ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY'S FEES PURSUANT TO 28 U.S.C. §2412(D) [25]** |

Pursuant to the parties' Stipulation, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter,

**IT IS HEREBY ORDERED** that Plaintiff is awarded attorney's fees in the total amount of **$7,500** as authorized by 28 U.S.C. § 2412 and consistent with the parties' stipulation.

DATED: July 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE